IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANTE K. STABLER<br><br>Defendant. | CASE NO. 8:23CR99<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Indictment.

_Dante Stabler_  _4/25/23_
Defendant                                             Date

_Kelly M. Steenbock_  _4/25/23_
Kelly M. Steenbock                                   Date
Attorney for the Defendant

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __25__ day of __April__, 20__23__.

BY THE COURT:

_Susan M. Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT